UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARCO SOARES DE BARROS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 18-cv-10552-IT |
| | * | |
| JOSEPH D. MACDONALD, JR., Sheriff, | * | |
| Plymouth County Correctional Facility, and | * | |
| ANTONE MONIZ, Superintendent, | * | |
| Plymouth County Correctional Facility, | * | |
| | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

April 27, 2018

TALWANI, D.J.

The court hereby ALLOWS Respondent Antone Moniz's[1] Assented-To Motion to Dismiss for Lack of Jurisdiction [#8]. According to the Declaration of Assistant Field Office Director Alan Greenbaum [#12], Petitioner Marco Soares De Barros has been released from Immigration and Customs Enforcement ("ICE") custody. Moniz contends that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1], challenging Soares De Barros's ICE detention, is now moot. Because Soares De Barros has assented to Moniz's motion, the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] is DISMISSED. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

---

[1] Although Sheriff Joseph D. MacDonald, Jr., is also named as a respondent, Moniz is the only proper respondent in this action. See Rumsfeld v. Padilla, 542 U.S. 426, 439 (2004).